Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−24197−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Paul Reeva Green                                             Lisa Marie Green
  717 John Terrace                                                717 John Terrace
  Neptune, NJ 07753                                     Neptune, NJ 07753

Social Security No.:
  xxx−xx−7109                                                       xxx−xx−6030

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                9/11/18
Time:              10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

       An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

       **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 31, 2018
JAN: wdr

                                            Jeanne Naughton
                                            Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 18-24197-MBK
Paul Reeva Green                                                                    Chapter 13
Lisa Marie Green
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jul 31, 2018
                              Form ID: 132             Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2018.
```
db/jdb         +Paul Reeva Green,    Lisa Marie Green,    717 John Terrace,    Neptune, NJ 07753-2826
517646890      +Cbusasears,    Po Box 6189,    Sioux Falls, SD 57117-6189
517646889      +Cbusasears,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517646892      +Citibank/Sears,    Po Box 6282,    Sioux Falls, SD 57117-6282
517646891      +Citibank/Sears,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
517646894      +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
517646893      +Citibank/The Home Depot,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
517646895      +Commonwealth Financial Systems,    245 Main St,    Dickson City, PA 18519-1641
517646897      +Dept of Ed / 582 / Nelnet,    121 S 13th St,    Lincoln, NE 68508-1904
517646896      +Dept of Ed / 582 / Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
517646898      +Division of Revenue and Enterprise Servi,    33 W State St,,    Trenton, NJ 08608-1214
517646899      +Financial Control Services,    Attn: Bankruptcy,    Po Box 21626,    Waco, TX 76702-1626
517646900      +Financial Control Services,    7524 Bosque Blvd Ste L,    Waco, TX 76712-3772
517646903      +New Jersey Natural Gas,    1415 Wyckoff Road,    P.O. Box 1378,    Wall, NJ 07719-1378
517646904      +Quicken Loans,    662 Woodward Avenue,    Detroit, MI 48226-3433
517646907      +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
517646906      +Remex Inc,    Attn: Bankruptcy,    307 Wall St.,    Princeton, NJ 08540-1515
517646910     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                 P.O. Box 245,    Trenton, NJ 08695-0245)
517646918       Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
517646919      +Target,    Po Box 673,    Minneapolis, MN 55440-0673
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 01 2018 00:27:00      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 01 2018 00:26:57      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517646901      +E-mail/Text: jennifer.macedo@gatewayonelending.com Aug 01 2018 00:26:18
                 Gateway One Lending & Finance,    160 N Riverview Dr Ste 1,    Anaheim, CA 92808-2293
517646902       E-mail/Text: cio.bncmail@irs.gov Aug 01 2018 00:26:20      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
517646905      +E-mail/Text: bankruptcyteam@quickenloans.com Aug 01 2018 00:27:22      Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
517646909      +E-mail/Text: bankruptcy@savit.com Aug 01 2018 00:27:50      SaVit Collection Agency,
                 46 W Ferris St,    East Brunswick, NJ 08816-2159
517646908      +E-mail/Text: bankruptcy@savit.com Aug 01 2018 00:27:50      SaVit Collection Agency,
                 Attn: Bankruptcy,    Po Box 250,    East Brunswick, NJ 08816-0250
517650339      +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2018 00:29:15      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517646911      +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2018 00:29:15      Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517646912      +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2018 00:29:41      Synchrony Bank/ JC Penneys,
                 Po Box 965007,    Orlando, FL 32896-5007
517646913      +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2018 00:29:46      Synchrony Bank/Lowes,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517646914      +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2018 00:29:15      Synchrony Bank/Lowes,
                 Po Box 965005,    Orlando, FL 32896-5005
517646915      +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2018 00:29:15      Synchrony Bank/PC Richards & Sons,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
517646916      +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2018 00:29:15      Synchrony Bank/TJX,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517646917      +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2018 00:29:41      Synchrony Bank/TJX,
                 Po Box 965015,    Orlando, FL 32896-5015
517646920       E-mail/Text: bankruptcy@td.com Aug 01 2018 00:27:02      TD Bank, N.A.,    32 Chestnut Street,
                 Po Box 1377,    Lewiston, ME 04243
517646921       E-mail/Text: bankruptcy@td.com Aug 01 2018 00:27:02      TD Bank, N.A.,    70 Gray Rd,
                 Portland, ME 04105
                                                                                              TOTAL: 17
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 31, 2018
                              Form ID: 132             Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Quicken Loans Inc. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Joint Debtor Lisa Marie Green bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William H. Oliver, Jr.    on behalf of Debtor Paul Reeva Green bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                             TOTAL: 5
```