| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2018 to 12/31/2018
**Chapter 13 Case No. 18-24197 / MBK**

| | |
|---|---|
| Paul Reeva Green | Petition Filed Date: 07/16/2018 |
| Lisa Marie Green | 341 Hearing Date: 08/16/2018 |
| | Confirmation Date: 09/11/2018 |

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/02/2018 | $235.00 | 51226910 | 09/11/2018 | $236.00 | 535855217 | 10/10/2018 | $265.00 | 17715757723 |
| 11/06/2018 | $266.00 | 17841060582 | 12/06/2018 | $266.00 | 17846513002 | | | |

**Total Receipts for the Period:  $1,268.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $1,533.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Paul Reeva Green | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq. | Attorney Fees | $3,010.00 | $934.21 | $2,075.79 |
| 1 | NEW JERSEY NATURAL GAS | Unsecured Creditors | $1,046.94 | $0.00 | $1,046.94 |
| 2 | DEPT OF EDUCATION - NELNET | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| | »»  STUDENT LOAN | No Disbursements: Paid outside | | | |
| 3 | TD BANK, N.A. | Unsecured Creditors | $4,291.55 | $0.00 | $4,291.55 |
| 4 | QUICKEN LOANS INC | Mortgage Arrears | $3,765.48 | $0.00 | $3,765.48 |
| | »»  P/717 JOHN TERRACE/1ST MTG | | | | |
| 5 | Jersey Shore Anesthesiology Associates | Unsecured Creditors | $747.81 | $0.00 | $747.81 |
| | »»  JUDGMENT DJ 157038-17\AVOID LIEN | | | | |
| 6 | ASHLEY FUNDING SERVICES, LLC | Unsecured Creditors | $20.06 | $0.00 | $20.06 |
| | »»  LABCORP | | | | |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR | Unsecured Creditors | $200.00 | $0.00 | $200.00 |
| | »»  MERIDIAN | | | | |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR | Unsecured Creditors | $200.00 | $0.00 | $200.00 |
| | »»  MERIDIAN | | | | |
| 9 | GATEWAY ONE LENDING & FINANCE, LLC | Debt Secured by Vehicle | $4,509.28 | $0.00 | $4,509.28 |
| | »»  2005 TOYOTA SEQUOIA\IN FULL | | | | |
| 10 | SST AS SERVICING AGENT FOR CIGPF I CORP | Unsecured Creditors | $3,477.48 | $0.00 | $3,477.48 |
| 11 | SST AS SERVICING AGENT FOR CIGPF I CORP | Unsecured Creditors | $2,433.83 | $0.00 | $2,433.83 |
| 12 | PENDRICK CAPITAL PARTNERS II, LLC | Unsecured Creditors | $675.00 | $0.00 | $675.00 |
| 13 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $301.03 | $0.00 | $301.03 |
| 14 | Township of Neptune | Secured Creditors | $237.26 | $0.00 | $237.26 |
| | »»  P\717 JOHN TERRACE\WATER & SEWER | Hold Funds: Per Plan | | | |
| 15 | Division of Revenue and Enterprise Servi | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| | »»  JUDGMENT DJ-023287-17\AVOID LIEN | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY PC RICHARD | Unsecured Creditors | $1,724.58 | $0.00 | $1,724.58 |
| 17 | TD BANK USA NA | Unsecured Creditors | $655.93 | $0.00 | $655.93 |
| 18 | CITIBANK N.A.<br>»» SEARS GOLD MC | Unsecured Creditors | $4,178.15 | $0.00 | $4,178.15 |
| 19 | CITIBANK N.A.<br>»» SEARS GOLD MC | Unsecured Creditors | $4,241.25 | $0.00 | $4,241.25 |
| 20 | CITIBANK N.A.<br>»» SEARS | Unsecured Creditors | $1,900.06 | $0.00 | $1,900.06 |
| 21 | CITIBANK N.A.<br>»» HOME DEPOT | Unsecured Creditors | $3,421.68 | $0.00 | $3,421.68 |
| 22 | NJ DIVISION OF TAXATION<br>»» 2016 | Priority Crediors | $641.03 | $0.00 | $641.03 |
| 23 | NJ DIVISION OF TAXATION<br>»» 2015, 2016 | Unsecured Creditors | $202.36 | $0.00 | $202.36 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,533.00 | Plan Balance: | $14,278.00 ** |
| Paid to Claims: | $934.21 | Current Monthly Payment: | $264.00 |
| Paid to Trustee: | $104.96 | Arrearages: | $22.00 |
| Funds on Hand: | $493.83 | Total Plan Base: | $15,811.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at www.ndc.org.**

**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**