Form 226 – 3004claimntc.jsp

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18–24197–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Paul Reeva Green | Lisa Marie Green |
| 717 John Terrace | 717 John Terrace |
| Neptune, NJ 07753 | Neptune, NJ 07753 |

Social Security No.:
  xxx–xx–7109                                                xxx–xx–6030

Employer's Tax I.D. No.:

---

### Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

   Please be advised that Paul nad Lisa Green the Debtors in the above captioned case filed a proof of claim on behalf of the following creditor(s) on May 17, 2019.

Township of Neptune


Dated: May 21, 2019
JAN: wdr

                                                                Jeanne Naughton
                                                                Clerk