Form 226 – 3004claimntc.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 18−24197−MBK
                Chapter: 13
                Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Paul Reeva Green | Lisa Marie Green |
| 717 John Terrace | 717 John Terrace |
| Neptune, NJ 07753 | Neptune, NJ 07753 |

Social Security No.:
  xxx−xx−7109                                       xxx−xx−6030

Employer's Tax I.D. No.:

## Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

    Please be advised that Paul nad Lisa Green the Debtors in the above captioned case filed a proof of claim on behalf of the following creditor(s) on May 17, 2019.

Township of Neptune

Dated: May 21, 2019
JAN: wdr

                                                                                                         Jeanne Naughton
                                                                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-24197-MBK
Paul Reeva Green                                                        Chapter 13
Lisa Marie Green
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3          Date Rcvd: May 21, 2019
                              Form ID: 226             Total Noticed: 68

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2019.
```
db/jdb         +Paul Reeva Green,    Lisa Marie Green,    717 John Terrace,    Neptune, NJ 07753-2826
517672159      +Barron Emergency Physicians,    Att: A/R Resources Inc,    POB 1056,    Blue Bell, PA 19422-0287
517646890      +Cbusasears,    Po Box 6189,    Sioux Falls, SD 57117-6189
517646889      +Cbusasears,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517772445      +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
517646892      +Citibank/Sears,    Po Box 6282,    Sioux Falls, SD 57117-6282
517646891      +Citibank/Sears,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
517646894      +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
517646893      +Citibank/The Home Depot,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
517672253      +Client Services,    3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
517646895      +Commonwealth Financial Systems,    245 Main St,    Dickson City, PA 18519-1641
517646898      +Division of Revenue and Enterprise Servi,    33 W State St,,    Trenton, NJ 08608-1214
517672160      +Family Care,    Att: Penncredit Corp,    916 S 14th St,    POB 988,    Harrisburg, PA 17108-0988
517646899      +Financial Control Services,    Attn: Bankruptcy,    Po Box 21626,    Waco, TX 76702-1626
517646900      +Financial Control Services,    7524 Bosque Blvd Ste L,    Waco, TX 76712-3772
517672162      +Hackensack Meridian Health,    POB 650292,    Dallas, TX 75265-0292
517672161      +Hackensack Meridian Health Group,    POB 419801,    Boston, MA 02241-9801
517672163      +Hackensack Meridian Health Physician,    POB 419801,    Boston, MA 02241-9801
517672243      +Jersey Central Power Light,    POB 579,    Red Bank, NJ 07701-0579
517672244      +Jersey Shore Anesthesiology Assoc,    Att: Pressler Pressler,    7 Entin Rd,
                 Parsipany, NJ 07054-5020
517715740      +Jersey Shore Anesthesiology Associates,    c/o Pressler,Felt & Warshaw,LLP.,    7 Entin Road,
                 Parsippany NJ 07054-5020
517672247      +Jersey Shore University Med Center,    Att: Celentano Stadtmauer Walentowicz,    POB 2594,
                 Clifton, NJ 07015-2594
517672246      +Jersey Shore University Med Center,    Att: RMB Inc,    409 Bearden Park Circle,
                 Knoxville, TN 37919-7448
517672245      +Jersey Shore University Med Ctr,    Meridian Health,    POB 9319,    Trenton, NJ 08650-1319
517672248      +Meridian Med Grp Specialty,    Att: Transworld Systems Inc,    9525 Sweet Valley Dr,
                 Cleveland, OH 44125-4237
517672249      +Myriad Emergency Physicians LLC,    POB 80137,    Philadelphia, PA 19101-1137
517672254      +NJ Div of Taxation,    Pioneer Credit Recovery,    POB 1018,    Moorestown, NJ 08057-0018
517646903      +New Jersey Natural Gas,    1415 Wyckoff Road,    P.O. Box 1378,    Wall, NJ 07719-1378
517672251       Optimum,    Att: Convergent Outsourcing Inc,    POB 8004,    Renton, WA  98057
517748938       Pendrick Capital Partners II, LLC,    PO BOX 141419,    IRVING, TX  75014-1419
517646904      +Quicken Loans,    662 Woodward Avenue,    Detroit, MI 48226-3433
517646907      +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
517646906      +Remex Inc,    Attn: Bankruptcy,    307 Wall St.,    Princeton, NJ 08540-1515
517747909      +SST as servicing agent for CIGPF I CORP,    4315 Pickett Road, Bankruptcy Department,
                 St. Joseph, Missouri 64503-1600
517776717     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    P.O. Box 245,    Trenton, NJ 08695-0245)
517690121      +TD Bank NA,    Att: Richard Tracy,    30 Montgomery St Ste 1205,    Jersey City, NJ 07302-3835
517682685      +TD Bank, N.A.,    c/o Schiller, Knapp, Lefkowitz,& Hertzel,    Payment Processing,    PO Box 16029,
                 Lewiston, ME 04243-9507
517646918       Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
517646919      +Target,    Po Box 673,    Minneapolis, MN 55440-0673
517672252      +University Radiology Group,    POB 1075,    East Brunswick, NJ 08816-1075

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 21 2019 23:57:56     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517726131       E-mail/PDF: resurgentbknotifications@resurgent.com May 22 2019 00:01:03
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517646896      +E-mail/Text: electronicbkydocs@nelnet.net May 21 2019 23:58:00     Dept of Ed / 582 / Nelnet,
                 Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
517646897      +E-mail/Text: electronicbkydocs@nelnet.net May 21 2019 23:58:00     Dept of Ed / 582 / Nelnet,
                 121 S 13th St,    Lincoln, NE 68508-1904
517646901       E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com May 21 2019 23:57:05
                 Gateway One Lending & Finance,    160 N Riverview Dr Ste 1,    Anaheim, CA 92808
517646902       E-mail/Text: cio.bncmail@irs.gov May 21 2019 23:57:23     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
517672250       E-mail/Text: csc.bankruptcy@amwater.com May 21 2019 23:58:40     New Jerset American Water,
                 POB 578,    Alton, IL  62002-0578
517764199       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 21 2019 23:59:56
                 Portfolio Recovery Associates, LLC,    c/o Pc Richard,    POB 41067,    Norfolk VA 23541
```

```
District/off: 0312-3           User: admin              Page 2 of 3             Date Rcvd: May 21, 2019
                               Form ID: 226             Total Noticed: 68


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517741501         E-mail/Text: bnc-quantum@quantum3group.com May 21 2019 23:57:52
                  Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
517741499         E-mail/Text: bnc-quantum@quantum3group.com May 21 2019 23:57:52
                  Quantum3 Group LLC as agent for,    CP Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
517646905        +E-mail/Text: bankruptcyteam@quickenloans.com May 21 2019 23:58:18        Quicken Loans,
                  1050 Woodward Ave,    Detroit, MI 48226-1906
517699425        +E-mail/Text: bankruptcyteam@quickenloans.com May 21 2019 23:58:18        Quicken Loans Inc.,
                  635 Woodward Avenue,    Detroit, MI 48226-3408
517646909        +E-mail/Text: bankruptcy@savit.com May 21 2019 23:58:43        SaVit Collection Agency,
                  46 W Ferris St,    East Brunswick, NJ 08816-2159
517646908        +E-mail/Text: bankruptcy@savit.com May 21 2019 23:58:43        SaVit Collection Agency,
                  Attn: Bankruptcy,    Po Box 250,    East Brunswick, NJ 08816-0250
517650339        +E-mail/PDF: gecsedi@recoverycorp.com May 22 2019 00:00:13        Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517646911        +E-mail/PDF: gecsedi@recoverycorp.com May 22 2019 00:00:13        Synchrony Bank/ JC Penneys,
                  Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517646912        +E-mail/PDF: gecsedi@recoverycorp.com May 21 2019 23:59:44        Synchrony Bank/ JC Penneys,
                  Po Box 965007,    Orlando, FL 32896-5007
517646913        +E-mail/PDF: gecsedi@recoverycorp.com May 22 2019 00:00:44        Synchrony Bank/Lowes,
                  Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517646914        +E-mail/PDF: gecsedi@recoverycorp.com May 21 2019 23:59:44        Synchrony Bank/Lowes,
                  Po Box 965005,    Orlando, FL 32896-5005
517646915        +E-mail/PDF: gecsedi@recoverycorp.com May 21 2019 23:59:44        Synchrony Bank/PC Richards & Sons,
                  C/o Po Box 965036,    Orlando, FL 32896-0001
517646916        +E-mail/PDF: gecsedi@recoverycorp.com May 22 2019 00:00:13        Synchrony Bank/TJX,
                  Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517646917        +E-mail/PDF: gecsedi@recoverycorp.com May 21 2019 23:59:44        Synchrony Bank/TJX,
                  Po Box 965015,    Orlando, FL 32896-5015
517646920         E-mail/Text: bankruptcy@td.com May 21 2019 23:58:00        TD Bank, N.A.,    32 Chestnut Street,
                  Po Box 1377,    Lewiston, ME 04243
517646921         E-mail/Text: bankruptcy@td.com May 21 2019 23:58:00        TD Bank, N.A.,    70 Gray Rd,
                  Portland, ME 04105
517771704        +E-mail/Text: bncmail@w-legal.com May 21 2019 23:58:06        TD Bank USA, N.A.,
                  C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517672158        +E-mail/Text: MNARCISO@NEPTUNETOWNSHIP.ORG May 21 2019 23:58:34        Township of Neptune,
                  25 Neptune Blvd,    POB 1167,    Neptune, NJ 07754-1167
517678730        +E-mail/Text: electronicbkydocs@nelnet.net May 21 2019 23:58:00
                  US Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
                  Lincoln NE 68508-1911
517757393        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 22 2019 00:00:34        Verizon,
                  by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 28

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517646910*      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                  P.O. Box 245,    Trenton, NJ 08695-0245)
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2019                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin                Page 3 of 3           Date Rcvd: May 21, 2019
                              Form ID: 226               Total Noticed: 68
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2019 at the address(es) listed below:

        Albert Russo   docs@russotrustee.com

        Kevin Gordon McDonald   on behalf of Creditor   Quicken Loans Inc. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

        William H. Oliver, Jr.   on behalf of Joint Debtor Lisa Marie Green bkwoliver@aol.com, R59915@notify.bestcase.com

        William H. Oliver, Jr.   on behalf of Debtor Paul Reeva Green bkwoliver@aol.com, R59915@notify.bestcase.com

        TOTAL: 5