UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WILLIAM H. OLIVER, JR.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Fax: 732-775-7404
Attorney for Debtor(s)

Order Filed on July 2, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

PAUL REEVA GREEN
LISA MARIE GREEN

                    Debtors

Case No.:  18-24197

Adv. No.:

Hearing Date:  June 25, 2019 @ 9am

Judge:  Michael B. Kaplan

### ORDER ALLOWING LATE FILED PROOF OF CLAIM #21 FILED ON BEHALF OF TOWNSHIP OF NEPTUNE TO BE PAID BY THE TRUSTEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: July 2, 2019**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:     PAUL & LISA GREEN
Case No:    18-24197(MBK)
Caption of Order:  ORDER ALLOWING LATE PROOF OF CLAIM #21 FILED ON BEHALF
OF TOWNSHIP OF NEPTUNE TO BE PAID BY THE TRUSTEE
(Page 2)

**THIS MATTER**, having been brought before this Court by William H. Oliver, Jr.,

attorney for the Debtor for an Order Allowing Late Proof of Claim #21 filed on behalf of

Township of Neptune to be paid by the Trustee, and the Court having considered the papers

submitted and any objections, and for good cause appearing,

**ORDERED** that the Trustee having determined that the late proof of claim #21 of

Township of Neptune filed on **May 17, 2019** is pre-petition debit; and

**IT IS FURTHER ORDERED** that the trustee is hereby authorized to pay the late filed

claim #21 of Township of Neptune in the total amount of **$237.26** as the claim was included in

the Chapter 13 plan; and

**IT IS FURTHER ORDERED** that a copy of this Order shall be served upon all

interested parties within _____7_____ days of the date hereof.

United States Bankruptcy Court
District of New Jersey

```
In re:                                                    Case No. 18-24197-MBK
Paul Reeva Green                                          Chapter 13
Lisa Marie Green
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin          Page 1 of 1              Date Rcvd: Jul 02, 2019
                              Form ID: pdf903      Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2019.
```
db/jdb          +Paul Reeva Green,   Lisa Marie Green,   717 John Terrace,   Neptune, NJ 07753-2826
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
NONE.                                                                        TOTAL: 0
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2019 at the address(es) listed below:
```
          Albert  Russo   docs@russotrustee.com
          Kevin Gordon McDonald    on behalf of Creditor   Quicken Loans Inc. kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.    on behalf of Joint Debtor Lisa Marie Green bkwoliver@aol.com,
           R59915@notify.bestcase.com
          William H. Oliver, Jr.    on behalf of Debtor Paul Reeva Green bkwoliver@aol.com,
           R59915@notify.bestcase.com
                                                                             TOTAL: 5
```