| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) | | |
| In Re:<br>Paul Reeva Green<br>Lisa Marie Green | Case No.: | 18-24197 |
| | Chapter: | 13 |
| | Judge: | Michael B. Kaplan |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:  Gateway One Lending & Finance, LLC
(Example: John Smith, creditor)

Old address:  160 N Riverview Dr. Ste 100
Anaheim CA 92808

New address:  175 N Riverview Dr.
Anaheim CA 92808

New phone no.: (888) 810-8740
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:  02/13/2020                    _____
                                       Signature

rev.2/1/16