Office Mailing Address:

Albert Russo, Trustee
CN 4853
Trenton, NJ  08650

Send Payments **ONLY** to:

Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 18-24197 / MBK**

Paul Reeva Green
Lisa Marie Green

Petition Filed Date: 07/16/2018
341 Hearing Date: 08/16/2018
Confirmation Date: 09/11/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $265.00 | 25497046787 | 02/07/2019 | $265.00 | 25670863653 | 03/08/2019 | $266.00 | 25670894466 |
| 04/08/2019 | $265.00 | 25869209400 | 05/06/2019 | $260.00 | 25869225576 | 06/06/2019 | $265.00 | 25869241653 |
| 07/09/2019 | $268.00 | 25982866934 | 08/08/2019 | $268.00 | 25982877431 | 09/10/2019 | $270.00 | 2598288678 |
| 10/08/2019 | $270.00 | 26159211551 | 11/05/2019 | $270.00 | 26298022702 | 12/11/2019 | $270.00 | 26302723255 |

**Total Receipts for the Period: $3,202.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $4,740.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Paul Reeva Green | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,010.00 | $3,010.00 | $0.00 |
| 1 | NEW JERSEY NATURAL GAS | Unsecured Creditors | $1,046.94 | $0.00 | $1,046.94 |
| 2 | U.S. DEPARTMENT OF EDUCATION<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 3 | TD BANK, N.A. | Unsecured Creditors | $4,291.55 | $0.00 | $4,291.55 |
| 4 | QUICKEN LOANS INC<br>»» P/717 JOHN TERRACE/1ST MTG | Mortgage Arrears | $3,765.48 | $245.85 | $3,519.63 |
| 5 | Jersey Shore Anesthesiology Associates<br>»» JUDGMENT DJ 157038-17\AVOID LIEN | Unsecured Creditors | $747.81 | $0.00 | $747.81 |
| 6 | ASHLEY FUNDING SERVICES, LLC<br>»» LABCORP | Unsecured Creditors | $20.06 | $0.00 | $20.06 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» JERSEY SHORE UNIV MED CENTER/MERIDIAN | Unsecured Creditors | $200.00 | $0.00 | $200.00 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» JERSEY SHORE UNIV MED CENTER/MERIDIAN | Unsecured Creditors | $200.00 | $0.00 | $200.00 |
| 9 | GATEWAY ONE LENDING & FINANCE, LLC<br>»» 2005 TOYOTA SEQUOIA\IN FULL | Debt Secured by Vehicle | $4,509.28 | $294.42 | $4,214.86 |
| 10 | SST AS SERVICING AGENT FOR CIGPF I CORP | Unsecured Creditors | $3,477.48 | $0.00 | $3,477.48 |
| 11 | SST AS SERVICING AGENT FOR CIGPF I CORP | Unsecured Creditors | $2,433.83 | $0.00 | $2,433.83 |
| 12 | PENDRICK CAPITAL PARTNERS II, LLC<br>»» BARRON EMERG PHYS | Unsecured Creditors | $675.00 | $0.00 | $675.00 |
| 13 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $301.03 | $0.00 | $301.03 |

**Chapter 13 Case No. 18-24197 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 14 | Township of Neptune<br>»» 717 JOHN TERR/WATER & SEWER/ORD 7/2/19 | Secured Creditors | $237.26 | $15.48 | $221.78 |
| 15 | Division of Revenue and Enterprise Servi<br>»» JUDGMENT DJ-023287-17\AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/PC RICHARD | Unsecured Creditors | $1,724.58 | $0.00 | $1,724.58 |
| 17 | TD BANK USA NA | Unsecured Creditors | $655.93 | $0.00 | $655.93 |
| 18 | CITIBANK, N.A.<br>»» SEARS GOLD MC | Unsecured Creditors | $4,178.15 | $0.00 | $4,178.15 |
| 19 | CITIBANK, N.A.<br>»» SEARS GOLD MC | Unsecured Creditors | $4,241.25 | $0.00 | $4,241.25 |
| 20 | CITIBANK, N.A.<br>»» SEARS | Unsecured Creditors | $1,900.06 | $0.00 | $1,900.06 |
| 21 | CITIBANK, N.A.<br>»» HOME DEPOT | Unsecured Creditors | $3,421.68 | $0.00 | $3,421.68 |
| 22 | NJ DIVISION OF TAXATION<br>»» 2016 | Priority Crediors | $641.03 | $0.00 | $641.03 |
| 23 | NJ DIVISION OF TAXATION<br>»» 2015, 2016 | Unsecured Creditors | $202.36 | $0.00 | $202.36 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ORDER 6/6/19 | Attorney Fees | $631.00 | $631.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,740.00 | Plan Balance: | $11,772.00  ** |
| Paid to Claims: | $4,196.75 | Current Monthly Payment: | $268.00 |
| Paid to Trustee: | $292.68 | Arrearages: | $279.00 |
| Funds on Hand: | $250.57 | Total Plan Base: | $16,512.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**