| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
Chapter 13 Case No. 18-24197 / MBK

Paul Reeva Green  
Lisa Marie Green

Petition Filed Date: 07/16/2018  
341 Hearing Date: 08/16/2018  
Confirmation Date: 09/11/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/05/2021 | $268.00 | 27003739465 | 01/28/2021 | $270.00 | 25982870995 | 03/01/2021 | $268.00 | 27246816461 |
| 03/24/2021 | $268.00 | 27246840737 | 04/27/2021 | $268.00 | 27407026596 | 05/27/2021 | $270.00 | 27407050593 |
| 06/22/2021 | $268.00 | 27407070652 | 07/20/2021 | $268.00 | 27567453958 | 08/17/2021 | $268.00 | 27567461564 |
| 09/22/2021 | $270.00 | 27671117286 | 10/18/2021 | $268.00 | 27671107858 | 12/10/2021 | $268.00 | 27846002395 |
| 12/16/2021 | $268.00 | 27846017752 | 02/03/2022 | $268.00 | 27846019877 | | | |

**Total Receipts for the Period: $3,758.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $11,188.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Paul Reeva Green | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,010.00 | $3,010.00 | $0.00 |
| 1 | NEW JERSEY NATURAL GAS | Unsecured Creditors | $1,046.94 | $0.00 | $1,046.94 |
| 2 | U.S. DEPARTMENT OF EDUCATION<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 3 | TD BANK, N.A. | Unsecured Creditors | $4,291.55 | $0.00 | $4,291.55 |
| 4 | QUICKEN LOANS INC<br>»» P/717 JOHN TERRACE/1ST MTG | Mortgage Arrears | $3,765.48 | $2,875.86 | $889.62 |
| 5 | Jersey Shore Anesthesiology Associates<br>»» JUDGMENT DJ 157038-17\AVOID LIEN | Unsecured Creditors | $747.81 | $0.00 | $747.81 |
| 6 | ASHLEY FUNDING SERVICES, LLC<br>»» LABCORP | Unsecured Creditors | $20.06 | $0.00 | $20.06 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» JERSEY SHORE UNIV MED CENTER/MERIDIA | Unsecured Creditors | $200.00 | $0.00 | $200.00 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» JERSEY SHORE UNIV MED CENTER/MERIDIA | Unsecured Creditors | $200.00 | $0.00 | $200.00 |
| 9 | SANTANDER CONSUMER USA INC<br>»» 2005 TOYOTA SEQUOIA\IN FULL/GATEWAY ONE | Debt Secured by Vehicle | $4,509.28 | $3,443.94 | $1,065.34 |
| 10 | SST AS SERVICING AGENT FOR CIGPF I CORP | Unsecured Creditors | $3,477.48 | $0.00 | $3,477.48 |
| 11 | SST AS SERVICING AGENT FOR CIGPF I CORP | Unsecured Creditors | $2,433.83 | $0.00 | $2,433.83 |
| 12 | PENDRICK CAPITAL PARTNERS II, LLC<br>»» BARRON EMERG PHYS | Unsecured Creditors | $675.00 | $0.00 | $675.00 |

**Chapter 13 Case No. 18-24197 / MBK**

| | | | | | |
|---|---|---|---:|---:|---:|
| 13 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $301.03 | $0.00 | $301.03 |
| 14 | Township of Neptune<br>»» 717 JOHN TERR/WATER & SEWER/ORD 7/2/19 | Secured Creditors | $237.26 | $167.51 | $69.75 |
| 15 | Division of Revenue and Enterprise Servi<br>»» JUDGMENT DJ-023287-17\AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/PC RICHARD | Unsecured Creditors | $1,724.58 | $0.00 | $1,724.58 |
| 17 | TD BANK USA NA | Unsecured Creditors | $655.93 | $0.00 | $655.93 |
| 18 | CITIBANK, N.A.<br>»» SEARS GOLD MC | Unsecured Creditors | $4,178.15 | $0.00 | $4,178.15 |
| 19 | CITIBANK, N.A.<br>»» SEARS GOLD MC | Unsecured Creditors | $4,241.25 | $0.00 | $4,241.25 |
| 20 | CITIBANK, N.A.<br>»» SEARS | Unsecured Creditors | $1,900.06 | $0.00 | $1,900.06 |
| 21 | CITIBANK, N.A.<br>»» HOME DEPOT | Unsecured Creditors | $3,421.68 | $0.00 | $3,421.68 |
| 22 | NJ DIVISION OF TAXATION<br>»» 2016 | Priority Crediors | $641.03 | $0.00 | $641.03 |
| 23 | NJ DIVISION OF TAXATION<br>»» 2015, 2016 | Unsecured Creditors | $202.36 | $0.00 | $202.36 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ORDER 6/6/19 | Attorney Fees | $631.00 | $631.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $11,188.00 | Plan Balance: | $5,324.00 ** |
| Paid to Claims: | $10,128.31 | Current Monthly Payment: | $268.00 |
| Paid to Trustee: | $800.52 | Arrearages: | $263.00 |
| Funds on Hand: | $259.17 | Total Plan Base: | $16,512.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

**View your case information online for *FREE*!** Register today at **www.ndc.org** or scan this code to get started.



**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**