Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2022 to 03/13/2023

**Chapter 13 Case No. 18-24197 / MBK**

Paul Reeva Green
Lisa Marie Green

Petition Filed Date: 07/16/2018
341 Hearing Date: 08/16/2018
Confirmation Date: 09/11/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/03/2022 | $268.00 | 27846019877 | 03/01/2022 | $268.00 | 27846033862 | 03/25/2022 | $268.00 | 27939678120 |
| 04/26/2022 | $268.00 | 27939697413 | 06/06/2022 | $268.00 | 28069801132 | 07/01/2022 | $268.00 | 28069818658 |
| 07/22/2022 | $268.00 | 28219216500 | 08/23/2022 | $268.00 | 28313266397 | 09/27/2022 | $268.00 | 28407326758 |
| 10/26/2022 | $270.00 | 28313264283 | 11/22/2022 | $270.00 | 28456343043 | 01/05/2023 | $270.00 | 28574484647 |
| 01/25/2023 | $268.00 | 28574483760 | 03/06/2023 | $268.00 | 28647268773 | | | |

**Total Receipts for the Period: $3,758.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $14,678.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Paul Reeva Green | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,010.00 | $3,010.00 | $0.00 |
| 1 | NEW JERSEY NATURAL GAS | Unsecured Creditors | $1,046.94 | $19.65 | $1,027.29 |
| 2 | U.S. DEPARTMENT OF EDUCATION<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 3 | TD BANK, N.A. | Unsecured Creditors | $4,291.55 | $80.54 | $4,211.01 |
| 4 | QUICKEN LOANS INC<br>»» P/717 JOHN TERRACE/1ST MTG | Mortgage Arrears | $3,765.48 | $3,765.48 | $0.00 |
| 5 | Jersey Shore Anesthesiology Associates<br>»» JUDGMENT DJ 157038-17\AVOID LIEN | Unsecured Creditors | $747.81 | $0.00 | $747.81 |
| 6 | ASHLEY FUNDING SERVICES, LLC<br>»» LABCORP | Unsecured Creditors | $20.06 | $0.00 | $20.06 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» JERSEY SHORE UNIV MED CENTER/MERIDIA | Unsecured Creditors | $200.00 | $0.00 | $200.00 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» JERSEY SHORE UNIV MED CENTER/MERIDIA | Unsecured Creditors | $200.00 | $0.00 | $200.00 |
| 9 | SANTANDER CONSUMER USA INC<br>»» 2005 TOYOTA SEQUOIA\IN FULL/GATEWAY ONE | Debt Secured by Vehicle | $4,509.28 | $4,509.28 | $0.00 |
| 10 | SST AS SERVICING AGENT FOR CIGPF I CORP | Unsecured Creditors | $3,477.48 | $65.26 | $3,412.22 |
| 11 | SST AS SERVICING AGENT FOR CIGPF I CORP | Unsecured Creditors | $2,433.83 | $45.68 | $2,388.15 |
| 12 | PENDRICK CAPITAL PARTNERS II, LLC<br>»» BARRON EMERG PHYS | Unsecured Creditors | $675.00 | $0.00 | $675.00 |

**Chapter 13 Case No. 18-24197 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 13 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $301.03 | $0.00 | $301.03 |
| 14 | Township of Neptune<br>»» 717 JOHN TERR/WATER & SEWER/ORD 7/2/1 | Secured Creditors | $237.26 | $237.26 | $0.00 |
| 15 | Division of Revenue and Enterprise Servi<br>»» JUDGMENT DJ-023287-17\AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/PC RICHARD | Unsecured Creditors | $1,724.58 | $32.36 | $1,692.22 |
| 17 | TD BANK USA NA | Unsecured Creditors | $655.93 | $0.00 | $655.93 |
| 18 | CITIBANK, N.A.<br>»» SEARS GOLD MC | Unsecured Creditors | $4,178.15 | $78.42 | $4,099.73 |
| 19 | CITIBANK, N.A.<br>»» SEARS GOLD MC | Unsecured Creditors | $4,241.25 | $79.60 | $4,161.65 |
| 20 | CITIBANK, N.A.<br>»» SEARS | Unsecured Creditors | $1,900.06 | $35.66 | $1,864.40 |
| 21 | CITIBANK, N.A.<br>»» HOME DEPOT | Unsecured Creditors | $3,421.68 | $64.22 | $3,357.46 |
| 22 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2016 | Priority Crediors | $641.03 | $641.03 | $0.00 |
| 23 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2015-2016 RF | Unsecured Creditors | $202.36 | $0.00 | $202.36 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ORDER 6/6/19 | Attorney Fees | $631.00 | $631.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq.<br>»» SUB OF ATTY 9/30/22 | Attorney Fees | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,678.00 | Plan Balance: | $1,834.00 ** |
| Paid to Claims: | $13,295.44 | Current Monthly Payment: | $268.00 |
| Paid to Trustee: | $1,077.52 | Arrearages: | $257.00 |
| Funds on Hand: | $305.04 | Total Plan Base: | $16,512.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**



****This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**