| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Paul Reeva Green | Social Security number or ITIN  xxx–xx–7109 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Lisa Marie Green | Social Security number or ITIN  xxx–xx–6030 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   18–24197–MBK | | |

## Order of Discharge     12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Paul Reeva Green                         Lisa Marie Green

<u>1/2/24</u>                            **By the court:** <u>Michael B. Kaplan</u>
                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                   Case No. 18-24197-MBK
Paul Reeva Green                                                                         Chapter 13
Lisa Marie Green
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4
Date Rcvd: Jan 02, 2024      Form ID: 3180W      Total Noticed: 70

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Paul Reeva Green, Lisa Marie Green, 717 John Terrace, Neptune, NJ 07753-2826 |
| 517672159 | + | Barron Emergency Physicians, Att: A/R Resources Inc, POB 1056, Blue Bell, PA 19422-0287 |
| 517646898 | + | Division of Revenue and Enterprise Servi, 33 W State St,, Trenton, NJ 08608-1214 |
| 517672160 | + | Family Care, Att: Penncredit Corp, 916 S 14th St, POB 988, Harrisburg, PA 17108-0988 |
| 517646900 | + | Financial Control Services, 7524 Bosque Blvd Ste L, Waco, TX 76712-3772 |
| 517672162 | + | Hackensack Meridian Health, POB 650292, Dallas, TX 75265-0292 |
| 517672161 | + | Hackensack Meridian Health Group, POB 419801, Boston, MA 02241-9801 |
| 517672163 | + | Hackensack Meridian Health Physician, POB 419801, Boston, MA 02241-9801 |
| 517672243 | + | Jersey Central Power Light, POB 579, Red Bank, NJ 07701-0579 |
| 517672244 | + | Jersey Shore Anesthesiology Assoc, Att: Pressler Pressler, 7 Entin Rd, Parsipany, NJ 07054-5020 |
| 517672246 | + | Jersey Shore University Med Center, Att: RMB Inc, 409 Bearden Park Circle, Knoxville, TN 37919-7406 |
| 517672247 | + | Jersey Shore University Med Center, Att: Celentano Stadtmauer Walentowicz, POB 2594, Clifton, NJ 07015-2594 |
| 517672245 | + | Jersey Shore University Med Ctr, Meridian Health, POB 9319, Trenton, NJ 08650-1319 |
| 517672248 | + | Meridian Med Grp Specialty, Att: Transworld Systems Inc, 9525 Sweet Valley Dr, Cleveland, OH 44125-4237 |
| 517672249 | + | Myriad Emergency Physicians LLC, POB 80137, Philadelphia, PA 19101-1137 |
| 517646903 | + | New Jersey Natural Gas, 1415 Wyckoff Road, P.O. Box 1378, Wall, NJ 07719-1378 |
| 517672251 | | Optimum, Att: Convergent Outsourcing Inc, POB 8004, Renton, WA 98057 |
| 517747909 | + | SST as servicing agent for CIGPF I CORP, 4315 Pickett Road, Bankruptcy Department, St. Joseph, Missouri 64503-1600 |
| 517690121 | + | TD Bank NA, Att: Richard Tracy, 30 Montgomery St Ste 1205, Jersey City, NJ 07302-3835 |
| 517682685 | + | TD Bank, N.A., c/o Schiller, Knapp, Lefkowitz,& Hertzel, Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 517672252 | + | University Radiology Group, POB 1075, East Brunswick, NJ 08816-1075 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 02 2024 22:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 02 2024 22:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517726131 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 02 2024 22:33:29 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517646890 | + | EDI: CITICORP | Jan 03 2024 03:15:00 | Cbusasears, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 517646889 | + | EDI: CITICORP | Jan 03 2024 03:15:00 | Cbusasears, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517772445 | + | EDI: CITICORP | | |

Case 18-24197-MBK    Doc 54    Filed 01/04/24    Entered 01/05/24 00:16:32    Desc Imaged
                               Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 02, 2024 | Form ID: 3180W | Total Noticed: 70 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 03 2024 03:15:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517646892 | + | EDI: CITICORP | | |
| | | | Jan 03 2024 03:15:00 | Citibank/Sears, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 517646891 | + | EDI: CITICORP | | |
| | | | Jan 03 2024 03:15:00 | Citibank/Sears, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517646894 | + | EDI: CITICORP | | |
| | | | Jan 03 2024 03:15:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517646893 | + | EDI: CITICORP | | |
| | | | Jan 03 2024 03:15:00 | Citibank/The Home Depot, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517672253 | + | Email/Text: mediamanagers@clientservices.com | | |
| | | | Jan 02 2024 22:23:00 | Client Services, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 517646895 | + | Email/Text: commonwealth@ebn.phinsolutions.com | | |
| | | | Jan 02 2024 22:23:00 | Commonwealth Financial Systems, 245 Main St, Dickson City, PA 18519-1641 |
| 517646897 | + | Email/Text: electronicbkydocs@nelnet.net | | |
| | | | Jan 02 2024 22:24:00 | Dept of Ed / 582 / Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 517646896 | + | Email/Text: electronicbkydocs@nelnet.net | | |
| | | | Jan 02 2024 22:24:00 | Dept of Ed / 582 / Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 517646899 | + | Email/Text: EBN_Waco@Receivemorermp.com | | |
| | | | Jan 02 2024 22:24:00 | Financial Control Services, Attn: Bankruptcy, Po Box 21626, Waco, TX 76702-1626 |
| 517646902 | | EDI: IRS.COM | | |
| | | | Jan 03 2024 03:15:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517715740 | + | Email/Text: signed.order@pfwattorneys.com | | |
| | | | Jan 02 2024 22:23:00 | Jersey Shore Anesthesiology Associates, c/o Pressler,Felt & Warshaw,LLP., 7 Entin Road, Parsippany NJ 07054-5020 |
| 517672250 | | Email/Text: csc.bankruptcy@amwater.com | | |
| | | | Jan 02 2024 22:24:00 | New Jerset American Water, POB 578, Alton, IL 62002-0578 |
| 517748938 | | Email/Text: perituspendrick@peritusservices.com | | |
| | | | Jan 02 2024 22:23:00 | Pendrick Capital Partners II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 517764199 | | EDI: PRA.COM | | |
| | | | Jan 03 2024 03:15:00 | Portfolio Recovery Associates, LLC, c/o Pc Richard, POB 41067, Norfolk VA 23541 |
| 517741501 | | EDI: Q3G.COM | | |
| | | | Jan 03 2024 03:15:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517741499 | | EDI: Q3G.COM | | |
| | | | Jan 03 2024 03:15:00 | Quantum3 Group LLC as agent for, CP Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517646904 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Jan 02 2024 22:24:00 | Quicken Loans, 662 Woodward Avenue, Detroit, MI 48226-3433 |
| 517646905 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Jan 02 2024 22:24:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 517699425 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Jan 02 2024 22:24:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 517646907 | + | Email/Text: clientservices@remexinc.com | | |
| | | | Jan 02 2024 22:23:00 | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 517646906 | + | Email/Text: clientservices@remexinc.com | | |
| | | | Jan 02 2024 22:23:00 | Remex Inc, Attn: Bankruptcy, 307 Wall St., Princeton, NJ 08540-1515 |
| 517672254 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | | Jan 02 2024 22:23:00 | NJ Div of Taxation, Pioneer Credit Recovery, POB 1018, Moorestown, NJ 08057 |
| 517776717 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | | Jan 02 2024 22:23:00 | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 517646910 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |

Case 18-24197-MBK    Doc 54    Filed 01/04/24    Entered 01/05/24 00:16:32    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 02, 2024 | Form ID: 3180W | Total Noticed: 70 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 02 2024 22:23:00 | State of New Jersey, Division of Taxation, Bankruptcy Unit, P.O. Box 245, Trenton, NJ 08695-0245 |
| 517646908 | + | Email/Text: bankruptcy@savit.com | Jan 02 2024 22:24:00 | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 517646909 | + | Email/Text: bankruptcy@savit.com | Jan 02 2024 22:24:00 | SaVit Collection Agency, 46 W Ferris St, East Brunswick, NJ 08816-2159 |
| 518767778 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 02 2024 22:24:00 | SantanderConsumerUSA Inc, successor in interest to Gateway,One, Lending&Finance,LLC(Gateway), P.O. Box 560284, Dallas, TX 75356-0284 |
| 517650339 | + | EDI: SYNC | Jan 03 2024 03:15:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517646911 | + | EDI: SYNC | Jan 03 2024 03:15:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517646912 | + | EDI: SYNC | Jan 03 2024 03:15:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 517646914 | + | EDI: SYNC | Jan 03 2024 03:15:00 | Synchrony Bank/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 517646913 | + | EDI: SYNC | Jan 03 2024 03:15:00 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517646915 | + | EDI: SYNC | Jan 03 2024 03:15:00 | Synchrony Bank/PC Richards & Sons, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 517646917 | + | EDI: SYNC | Jan 03 2024 03:15:00 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 517646916 | + | EDI: SYNC | Jan 03 2024 03:15:00 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517646920 | | EDI: TDBANKNORTH.COM | Jan 03 2024 03:15:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 517646921 | | EDI: TDBANKNORTH.COM | Jan 03 2024 03:15:00 | TD Bank, N.A., 70 Gray Rd, Portland, ME 04105 |
| 517771704 | + | Email/Text: bncmail@w-legal.com | Jan 02 2024 22:24:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517646919 | + | EDI: WTRRNBANK.COM | Jan 03 2024 03:15:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 517646918 | | EDI: WTRRNBANK.COM | Jan 03 2024 03:15:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 517672158 | + | Email/Text: MNARCISO@NEPTUNETOWNSHIP.ORG | Jan 02 2024 22:24:00 | Township of Neptune, 25 Neptune Blvd, POB 1167, Neptune, NJ 07754-1167 |
| 517678730 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 02 2024 22:24:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln NE 68508-1911 |
| 517757393 | + | EDI: AIS.COM | Jan 03 2024 03:15:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 49

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518767779 | *+ | SantanderConsumerUSA Inc, successor in interest to Gateway,One, Lending&Finance,LLC(Gateway), P.O. Box 560284, Dallas, TX 75356-0284 |
| 517646901 | ##+ | Gateway One Lending & Finance, 175 N Rivereview Dr., Anaheim, CA 92808-1225 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2024          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Quicken Loans Inc. kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Robert Cameron Legg | on behalf of Debtor Paul Reeva Green courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| Robert Cameron Legg | on behalf of Joint Debtor Lisa Marie Green courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8